ILND 450 (Rev. 10/13)    Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Noah A Tajlili,

Plaintiff(s),

v.

Marty Sarim,

Defendant(s).

Case No. 19 C 8260
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

   which ☐ includes       pre–judgment interest.
   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Case is dismissed without prejudice for Plaintiff's failure to file an amended Complaint and comply with Order dated 1/10/2020.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date: 2/4/2020                                        Thomas G. Bruton, Clerk of Court

                                                      /s/ Lynn Kandziora, Deputy Clerk